No. 259. GOENAGA *v.* GOENAGA.—Appeal from the District Court of San Juan, Second Section. Motion to dismiss the appeal. Decided March 9, 1908. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. *Mr. Vías Ochoteco* for appellant. *Mr. López Landrón* for adverse party.

---

No. 260. RAMÍREZ *v.* RAMÍREZ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided March 9, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 and 54 of the Rules of the Supreme Court. *Mr. Vías Ochoteco* for the petitioner.

---

No. 261. GIMÉNEZ *v.* HERMÓGENES.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided March 9, 1908. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. *Mr. Tizol* for petitioner.

---

No. 262. BANCO DE PUERTO RICO *v.* ROSELLÓ.—Appeal from the District Court of San Juan, First Section. Motion to dismiss the appeal. Decided March 9, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 and 54 of the Rules of the Supreme Court. *Mr. Sarmiento* for appellant. *Mr. Massari* for respondent.